IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIBBY ANN MCDONALD, | Civil No. C10-5671 JRC |
| Plaintiff, | ORDER FOR EXTENSION OF TIME |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | |
| Defendant | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Scheduling Order shall be amended as follows:

Plaintiff shall have to and including January 11, 2011 to file Plaintiff's Opening Brief;

Defendant shall have to and including February 8, 2011 to file Defendant's Responsive Brief;

Plaintiff shall have to and including February 22, 2011 to file Plaintiff's Reply Brief.

Oral argument, if desired, shall be requested by March 1, 2011.

DATED this 23rd day of December 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER [C10-5671 JRC] -1